IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02291-BNB

VERNE JAY MERRELL,

    Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
    In Their Individual and Professional Capacities,

    Defendants.

## ORDER AND DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 7, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge