IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02291-REB-MJW

VERNE JAY MERRELL,

Plaintiff(s),

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
in their individual and professional capacities,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Plaintiff's Motion to Strike (Docket No. 45) is denied.  A report and recommendation on the pending motions will be issued in due course on the papers already submitted.

Date:  April 18, 2012