## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.11-cv-02291-REB-MJW

VERNE JAY MERRELL,

     Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt Officer, Health Services,
in their individual and professional capacities,

     Defendants.

---

### ORDER ADOPTING RECOMMENDATION OF THE
### UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Plaintiff's Motion for Injunctive Relief (Docket No. 3) and Defendants' Motion To Dismiss (Docket No. 34)** [#55][1] filed July 17, 2012.  I approve the unopposed recommendation.

No objections have been filed to the recommendation.  Thus, I review it only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation on Plaintiff's Motion for Injunctive Relief (Docket No. 3) and Defendants' Motion To Dismiss (Docket No. 34)** [#55] filed July 17, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2.  That plaintiff's **Prisoner's Motion for Injunctive Relief** [#3] filed August 31, 2011, is **DENIED AS MOOT**; and

3.  That **Defendants' Motion To Dismiss** [#34] filed February 16, 2012, is **GRANTED IN PART** and **DENIED IN PART** as follows:

a.  That the motion is **GRANTED** to the extent that the **Prisoner Complaint** [#1] filed August 31, 2011, can be construed to assert a cause of action arising under the Free Exercise Clause of the First Amendment and ***Bivens v. Six Unknown Federal Narcotics Agents***, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and any such claim is **DISMISSED WITHOUT PREJUDICE**; and

b.  That in all other respects, the motion is **DENIED**.

Dated August 24, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge