IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02291-REB-MJW

VERNE JAY MERRELL,

Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
in their individual and professional capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Leave to Late File Reply Brief (Docket No. 82) is GRANTED for good cause shown.  Defendants' shall have up to and including October 25, 2012 to file a reply brief in support of their Motion for Summary Judgment (Docket No. 68).

Date: October 24, 2012