**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.11-cv-02291-REB-MJW

VERNE JAY MERRELL,

    Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
    in their individual and professional capacities,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiffs** [sic] **Motion for Leave to file a Reply to Defendants' Response (Doc #103)** [#105] filed February 27, 2013. The motion is **GRANTED**. It appears that plaintiff's reply is contained within the body of the motion, thus the court will treat the motion as a reply.

    Dated: February 27, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.