IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02291-REB-MJW

VERNE JAY MERRELL,

Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
in their individual and professional capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 118) is DENIED without prejudice.  Plaintiff currently has an appeal of this matter pending before the Tenth Circuit Court of Appeals.  See Docket Nos. 112, 113, 114, & 115.  The filing of a timely notice of appeal divests the district court of jurisdiction.  Garcia v. Burlington Nothern R.R. Co., 818 F.2d 713, 721 (10th Cir. 1987).  Accordingly, this court does not have jurisdiction to consider the subject motion.

Date: May 14, 2013