IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02291-REB-MJW

VERNE JAY MERRELL,

Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
in their individual and professional capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Reconsideration (Docket No. 124) is GRANTED as follows.  On May 14, 2013, this court entered an Order (Docket No. 121) denying without prejudice Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 118).  The court denied plaintiff's motion because an appeal was currently pending before the Tenth Circuit.  On May 20, 2013, the Tenth Circuit issued a Mandate (Docket No. 123) dismissing plaintiff's appeal.

     Accordingly, it is FURTHER ORDERED that the court's May 14, 2013 Order (Docket No. 121) is VACATED. Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 118) shall be considered pending as of the date of this order.  This court will consider plaintiff's motion to still be referred by Judge Blackburn for ruling.

     It is FURTHER ORDERED that defendants shall have up to and including June 18, 2013 to file a response to Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 118)

Date: May 29, 2013