IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02291-REB-MJW

VERNE JAY MERRELL,

Plaintiff,

v.

DAVID ALLRED, D.O. FCC Health Services, and
PATRICIA MITCHELL, Program Mgt [sic] Officer, Health Services,
in their individual and professional capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Leave to File Response Out of Time (Docket No. 129) is GRANTED for good cause shown. Defendants shall have up to and including June 25, 2013 to file a response to Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 118).

Date: June 24, 2013